08 MAY 14 PM 3:03

BY: ECL
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALVADOR MONTES-DIAZ, ) <br> ) <br> Defendant. ) | Criminal Case No. '08 CR 1547 JM <br><br> I N D I C T M E N T <br><br> Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about March 29, 2008, within the Southern District of California, defendant SALVADOR MONTES-DIAZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

MIP:fer:San Diego
5/9/08

It is further alleged that defendant SALVADOR MONTES-DIAZ was removed from the United States subsequent to November 19, 1993.

DATED: May 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By _____
CALEB E. MASON
Assistant U.S. Attorney