FILED

08 MAY 14 PM 3:03

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1547 JM |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| SALVADOR MONTES-DIAZ, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Salvador Montes-Diaz, Criminal Case No. 08CR1313-JM.

DATED: May 14, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney